UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

SCOT J. COHEN ET AL.,

                    Plaintiffs,

                                          09 Civ. 4003 (RWS)

        - against -

                                          O R D E R

STEVANOVICH ET AL.

                    Defendants.

----------------------------------------X

Sweet, D.J.,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|13|09
```

        Plaintiffs' letter dated July 29, 2009, will be treated
as a motion and heard on submission, without oral argument, on
August 26, 2009.  All motion papers shall be served in accordance
with Local Civil Rule 6.1.


        It is so ordered.


New York, NY
August /7, 2009                          ROBERT W. SWEET
                                             U.S.D.J.