```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

COHEN, ET AL.,

                Plaintiffs,
                                              09 Civ. 4003 (RWS)
      - against -
                                              O R D E R

STEVANOVICH, ET AL.,

                Defendants.
-------------------------------------------X
```

Sweet, D.J.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/14/10

Plaintiffs' letter, dated September 3, 2010, will be treated as a motion to compel and for costs and will be heard at noon on Wednesday, September 22, 2010 in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

New York, NY
September 13, 2010

ROBERT W. SWEET
U.S.D.J.