```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

COHEN ET AL.,

                    Plaintiffs,
                                            09 Civ. 4003 (RWS)
        - against -
                                            O R D E R
STEVANOVICH ET AL.,

                    Defendants.

-------------------------------------X
```

Sweet, D.J.

   Defendant's letter, dated November 8, 2010, will be treated as a motion to dismiss with prejudice and will be heard at noon on Wednesday, November 17, 2010 in courtroom 18C.

   It is so ordered.

New York, NY
November 9, 2010

ROBERT W. SWEET
U.S.D.J.