UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

COHEN ET AL.,

              Plaintiffs,

  - against -

STEVANOVICH ET AL.,

              Defendants.

------------------------------------------X

09 Civ. 4003 (RWS)

O R D E R

**Sweet, D.J.**

        Plaintiffs' letter, dated November 19, 2010, will be treated as a motion for reconsideration and will be heard at noon on Wednesday, December 1, 2010 in courtroom 18C.

        It is so ordered.

**New York, NY**
**November 22, 2010**

_____
ROBERT W. SWEET
U.S.D.J.