UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Scot J. Cohen, et al.   Plaintiff,

Nd 9 c V 4003 RWS

-against-

Steve Stevanovich, et al.   Defendant.
----------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending        [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Brian Friedman, effective date January 18, 2011.

[ ] Attorney

  [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: BF-1953 ; My State Bar Number is:_____

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[X] Law Firm/Government Agency Association

  From: Proskauer Rose LLP 1585 Broadway, NY, NY 10036

  To: Proskauer Rose LLP Eleven Times Square, NY, NY 10036

  [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[ ] Address:   Proskauer Rose Eleven Times Square, ny, ny 10036

[ ] Telephone No.:   212.969.3000

[ ] Fax No.:   212.969.2900

[ ] E-Mail Address:   blfriedman@proskauer.com ~~bfriedman@proskauer.com~~

Dated:                              _____
                                    ATTORNEY'S SIGNATURE